IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /fc/ D.C.

05 JUL 14  AM 11: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CR. NO. 02-20041-Ma |
| TYRONE JONES, RONALD McNEIL, | ) | |
| Defendants. | ) | |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on June 24, 2005. Defense Counsel requested a continuance of the present trial date in order to allow for additional preparation in the case and to allow for the disposition of the pending Motion before the 6th Circuit Court of Appeals.

The Court granted the request and continued the trial date to the rotation docket beginning August 1, 2005 at 9:30 a.m., with a report date of Friday, July 22, 2005 at 2:00 p.m.

The period from June 24, 2005 through August 12, 2005 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(1)(F) because the interests of justice in allowing additional time to prepare and the need to dispose of the pending motion outweigh the need for a speedy trial.

**IT IS SO ORDERED** this ___13th___ day of July, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-18-05__

345

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 345 in case 2:02-CR-20041 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Honorable Samuel Mays
US DISTRICT COURT